UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar EDUARDO-LEMA-SANCHEZ,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>Patrick DIVVER, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 26-cv-1016-AGS-DDL<br><br>**ORDER GRANTING AMENDED HABEAS PETITION (ECF 4) AND ORDERING BOND HEARING** |

　　　Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**.

　　　Respondents must provide petitioner with a bond hearing before an immigration judge by **March 10, 2026**.

Dated:  February 24, 2026

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　United States District Judge